19 A.3d 983

IN THE MATTER OF WILLIAM J. SORIANO, AN ATTORNEY
AT LAW (ATTORNEY NO. 005611978).

June 7, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–369, concluding that **WILLIAM J. SORIANO** of **ROSELAND,** who was admitted to the bar of this State in 1975, should be censured for violating *RPC* 1.2(d) (assisting a client in fraudulent conduct), *RPC* 1.5(b) (failing to explain the rate or basis of a fee in writing), *RPC* 1.7 (conflict of interest), *RPC* 1.15(b) (failing to deliver funds promptly to clients), *RPC* 4.1(a)(1) (making a false statement of material fact or law to a third person), *RPC* 8.4(a) (violating the Rules of Professional Conduct), and *RPC* 8.4(c) (engaging in conduct involving dishonesty, fraud, deceit or misrepresentation);

And good cause appearing;

It is ORDERED that **WILLIAM J. SORIANO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.